**In re the Marriage of Thomas D. CARROLL, Appellant,**

v.

**Maryrose C. CARROLL, Respondent/Cross-Appellant.**

**Nos. ED 97842, ED 97904.**

Missouri Court of Appeals,
Eastern District,
Division Four.

March 12, 2013.

Lisa N. Adams, St. Louis, MO, for appellant.

---

1. All statutory references are to RSMo. Cum. Supp. (2011).

Michael B. Stern, Los Ranchos De Albuquerque, NM, for respondent.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, J., and KURT S. ODENWALD, J.

## ORDER

PER CURIAM.

The husband, Thomas Carroll, appeals the judgment of the Circuit Court of St. Louis County dissolving his marriage to the wife, Mary Rose Carroll, and *inter alia* dividing the parties' property and awarding the wife maintenance. The wife cross-appeals the property division. Finding no error, we affirm.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 84.16(b)(1).